**Order entered February 10, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01544-CR

**BRANDY NICHOLE CROWE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F16-34211-X**

## ORDER

We **REINSTATE** this appeal.

We abated the appeal for the appointment of new counsel. On January 30, 2020, the trial court notified us that Juanita Edgecomb had been appointed. We **DIRECT** the Clerk to list Juanita Edgecomb as appointed counsel for appellant and to send all future notices to her attention.

The supplemental reporter's record containing State's exhibits 11, 12, 13, and 14 is due February 12, 2020. Once it is filed, we will notify the parties of the briefing deadlines.

We **DIRECT** the Clerk to send copies of this order to the Honorable Jeanine Howard, Presiding Judge, Criminal District Court No. 6; Debi Harris, deputy court reporter, Criminal District Court No. 6; and counsel for all parties.

/s/  ROBERT D. BURNS, III
CHIEF JUSTICE